# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELMER EUGENE WALKER, | No. 2:22-CV-1883-TLN-DMC-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On November 21, 2022, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. Plaintiff filed timely objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis. Based on the case caption, the

Magistrate Judge concluded Plaintiff intended to sue the San Joaquin Superior Court, and the Court adopts the Magistrate Judge's analysis in full. On page 2 of the Complaint, however, Plaintiff also lists "The Judge of Case" as a Defendant. As the Plaintiff's suit is based on actions taken by a judge in his or her official duties, the judge would be immune from suit. *See Ashelman v. Pope*, 793 F.2d 1072, 1075 (9th Cir. 1986). Additionally, for the reasons stated in the Magistrate Judge's findings and recommendations, any claim against the judicial officer would be barred by *Heck v. Humphrey*, 512 U.S. 477, 483–84 (1994).

        Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 21, 2022, are adopted in full;

2. This action is dismissed for failure to state a claim upon which relief can be granted; and

3. The Clerk of the Court is directed to enter judgment and close this file.

IT IS SO ORDERED.

Dated: __April 19, 2023__

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2